# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

HUNTER ADAM MELNICK, Plaintiff

v.

US BANK NATIONAL ASSOCIATION, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 18 2021**

JEFFREY P. COLWELL
CLERK

---

## 28 USCS § 1332 COMPLAINT

**A.   PLAINTIFF INFORMATION**

HUNTER ADAM MELNICK #148112
(Name, prisoner identification number, and complete mailing address)

12750 HWY 96 ORDWAY, CO 81034

**B.   DEFENDANT(S) INFORMATION**

Defendant 1:   US BANK NATIONAL ASSOCIATION
(Name, job title, and complete mailing address)

800 Nicollet Mall Minneapolis, MN 55402

**C.   JURISDICTION**

 x   28 USCS § 1332

**D.   STATEMENT OF CLAIM(S)**

On 9-4-2020 Plaintiff's identity was stolen by Tiffany Salamone. Defendant was informed via telephone many times from November 15th to December 2020 to freeze Plaintiff's account, these conversations were recorded by Defendant per their internal policy and by Plaintiff and will be provided during discovery. Defendant refused to freeze Plaintiff's account, allowed multiple fraudulent withdrawals, transfers, and even the opening up of a secondary account without authorization. Plaintiff reported these actions to the Denver Police Department and received case numbers and sent this information to Defendant as well, but only Defendant could press charges because they were the ones technically being defrauded. Plaintiff will show in totality in discovery the fraudulent transactions as already shown in some of the attached exhibits, including an obvious attempt to transfer money from Plaintiffs account to T. Salamone at Ent Credit Union. And then the ACH debit of $4000 to an unknown account. Plaintiff informed the Defendant of the fraud multiple times asking for the Defendant to fix the problems. Plaintiff kept getting the run around when calling customer service, getting transferred to different "lead bankers" who kept stating the claims were opened or didn't have access or Plaintiff would be called back or things were getting fixed. Plaintiff patiently waited and then started written correspondence and then even threatened this action, finally Defendant sent a letter stating that they would send a check, but that Plaintiff had already received the other $5910.67 in person when Plaintiff closed the account in person. Plaintiff has been incarcerated since 9-4-2020 as this Court knows, so this was an impossibility, and already warned the Defendant of the false power of attorney and the Defendant was already informed multiple times of fraud on the account. Including the Defendant warning the Plaintiff there was fraud. Plaintiff has repeatedly requested that Defendant pursue criminal charges against Tiffany Salamone and Defendant has failed to do so.

Plaintiff has diligently attempted to work with Defendant to get Plaintiffs money returned and for the Defendant to do the right thing and press criminal charges against Tiffany Salamone, which the Defendant has failed to do. Defendant has been misleading Plaintiff, misdirecting Plaintiff and generally defrauding Plaintiff of Plaintiff's money. Plaintiff believes that the Defendant is engaged in deceptive trade practices as outlined in this claim. Plaintiff has been caused substantial emotional stress, along with not having access to legally entitled money for almost a year. The attached exhibits of 17 pages of correspondence corroborate this complaint against Defendant. Plaintiff has emailed the person in charge of investigating the claims multiple times via family members use of Plaintiff's email account with no response from investigator Segura, there were also multiple telephone calls to that investigator Segura and voicemail messages left, with no response. The last thing the Plaintiff wanted to do was waste a federal court's time because the Defendant wants to treat their customers like crap, but maybe an injunction against the Defendant will help it to not perpetuate fraud. Plaintiff was unable to invest Plaintiffs roughly $10,000 plus the ability to margin against 50% and that money itself would have been over $75,000. Plaintiff (and customers in general) want Defendant to press criminal charges, which stops the fraudsters, not write it off and not deal with it. Plaintiff could have had the fraudsters stopped if Defendant pressed criminal state and federal charges, by failing to do so Defendant allowed and condoned a criminal to keep rampaging through Plaintiff's finances.

**RELIEF REQUESTED**
Nominal Damages, Compensatory Damages, Punitive Damages totaling $1,000,000.00, Attorney Fees and related court costs, an injunction from this Court requiring the Defendant to press criminal charges against Tiffany Salamone, and an injunction ordering the Defendant to institute a comprehensive fraud policy reform to help fix the problems that happened to Plaintiff, and any other relief that this Court deem appropriate, Jury demand

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11-12-21
(Date)



usbank.com

August 9, 2021

Hunter Melnick
#148112, AVCF
12750 Highway 96
Ordway, CO 81034

Dear Hunter Melnick:

We received your request for assistance addressed to U.S Bank. We appreciate the opportunity to address your concerns regarding a check fraud claim filed for your checking account ending in 1699.

We regret any frustration or inconvenience this matter may have caused you. We understand that being the victim of a scam or fraud can be confusing, time consuming and inconvenient. Whenever a customer feels we have not delivered the level of service they expected to receive, we appreciate being made aware of the circumstance, so it can be immediately reviewed and appropriately addressed. We strive to ensure we are providing world class customer service, and we share your concern when we learn of instances where this has not occurred. Your comments are a valuable source of information to help us improve our service.

Our records show that on January 15, we opened the check fraud claim FLC2100723 for one counter withdrawals in the amount of $4,000 posted to your account on December 16, 2020. On February 12, we received all required documents to start our investigation. On February 16, your claim was approved, and we mailed a cashier's check in the amount of $4,000 to the address we had on file for this account. A copy of our approval letter is enclosed. On June 29, we received an information that you have not received the cashier's check and we placed a stop pay on this check. A comment was placed on your account to verify your address so we can mail a new cashier's check to you.

After we received your request for assistance dated July 23, with your request to mail the check to the address listed above, a new cashier's check #4002075 in the amount of $4,000 was issued on August 6, and mailed to you

Our records show that your account was closed on December 23, 2020, with a balance of $5,910.67. At the time of closure, the cashier's check #4566516639 was issued to you. Our records show that the check was cashed by you the same day. Copies of the check and the final account statement are enclosed.

Thank you for taking the time to make us aware of your concerns, and for allowing us to respond. It is our sincere hope that the information detailed within this response is helpful. If you have further questions, please contact U.S. Bank OmniChannel Customer Service at 800.USBANKS (872.2657), where representatives are available to assist you 24 hours a day, seven days a week.

Sincerely,

U.S Bank TPS Customer Response Unit
800.872.2657

Enclosures

AR Form 550-11E (12/15/20)


**COLORADO**
Department of Corrections
Arkansas Valley Correctional Facility

**Melnick, Hunter Adam**
**DOB          04/10/1987**
**CDOC reg#   148112**

August 25, 2021                    Letter of Prison Record

The above referenced individual was continuously incarcerated within the Colorado Department of Corrections for a felony conviction from September 04, 2020 until present and remains in CDOC custody. During this period the person did not earn any reportable income.

The name reflected above is the one under which the individual was incarcerated.

For identification purposes, the individual has signed this letter.

Anyone wishing to further verify this information may contact his assigned Case Manager below.

*[signature: Huertas]*

**Letter generated by**
**Hector T. Huertas**
**Case Mgr I**
**Arkansas Valley Correctional Facility**
**719-267-3432**

Attachment E
Page 1 of 1

Cashier's check





OAS Check Claims
EP-MN-01FC
1200 Energy Park Dr
St. Paul, MN 55108-5125

usbank.com

2/16/2021

HUNTER A MELNICK
400 CHERRY ST
DENVER, CO 80220

RE: U.S. Bank account number ending in *-***-****-1699
Claim Number: FLC2100723

Dear Valued Customer,

U.S. Bank has completed the investigation of your check claim on the above account. We are pleased to inform you that your claim has been approved for $4,000.00. This credit is a total of $4,000.00 for the fraudulent transactions, as well as $0.00 in fees which were incurred due to the fraudulent activity on your account. Credit has been applied as follows:

An official check has been issued to you for the above-referenced credit and will be mailed within 5 business days. Please watch for a separate mailing containing your official check credit.

Becoming a victim of fraud can be an extremely traumatic experience, and we sincerely appreciate your cooperation and assistance in helping us resolve this matter for you.

If you have any questions, visit your local U.S. Bank branch, log in to usbank.com or call U.S Bank 24-Hour Banking at 800.USBANKS (872.2657).

Sincerely,

PXC
OAS Check Claims Services

Toll Free Fax:             800.USBANKS        866.405.0852
Toll Free:                                    800.872.2657
TTY Line:                                     800.685.5065

CFAPP01-c

# U.S. bank.

P.O Box 1800
Saint Paul, Minnesota 55101-0800

4535    IMG        S        X    ST01

**Uni-Statement**
Account Number:
xxxx-xxxx-1699
Statement Period:
Dec 4, 2020
through
Jan 6, 2021

Page 1 of 3

000013186 01 SP 0.500 000638684620743 P Y
HUNTER A MELNICK
400 CHERRY ST
DENVER CO 80220-5013



To Contact U.S. Bank
**By Phone:**           1-800-US BANKS
                        (1-800-872-2657)
**Denver
Metro Area:**           (303-585-8585)
**U.S. Bank accepts Relay Calls
Internet:**             usbank.com

## INFORMATION YOU SHOULD KNOW

Effective February 15th 2021 the *"Consumer Pricing Information"* disclosure will include several updates that may affect your rights.

- Added clarification in the disclosure regarding the shipping charges for the free box of checks benefit, adding:
  - Additional shipping fees may apply if expedited or shipped outside the continental United States.
- Clarification in the Extended Overdraft Fee curing
- Pricing update and naming clarification to the Foreign Currency section:
  - "Next Day Priority Delivery" fee from $12 to $15
  - Former "Processing Fee" $20 to "Foreign Exchange Fee (Draft)" of $25
  - "Stop Payment Orders" from $25 to no fee

New Foreign Currency Fees Section:
**Purchase**
  Foreign Exchange Fee (Admin Fee)*          $10.00
  Next Day Priority Delivery (optional)      $15.00 (formerly $12)
**Sold**
  Foreign Exchange Fee (Admin Fee)*          $10.00
**Foreign Draft Purchase**
  Foreign Exchange Fee (Admin Fee)*          $10.00
  Next Day Priority Delivery (optional)      $15.00 (formerly $12)
  Foreign Exchange Fee (Draft)**             $25.00 (formerly $20)
  Stop Payment Orders                        no fee

*Charged for transactions of $250 U.S. Dollars or less, or for currency purchases returned within seven days
**Combined transaction processing fee: U.S Bank $15, vendor $10

Starting February 15, you may pick up a copy at your local branch, view on usbank.com or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## STUDENT CHECKING — ACCOUNT CLOSED

Member FDIC
U.S Bank National Association
Account Number xxxx-xxxx-1699

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 4 | $ | 9,313.53 |
| Deposits / Credits | | 597.14 |
| Other Withdrawals | | 9,910.67 |
| Ending Balance on Jan 6, 2021 | $ | 0.00 |

Number of Days in Statement Period    19

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 9 | Electronic Deposit REF=203440027393090N00 | From Ent CU 8307070005Fundsxfr T SALAMONE | | $ 0.07 |
| Dec 9 | Electronic Deposit REF=203440027393080N00 | From Ent CU 8307070005Fundsxfr T SALAMONE | | 0.25 |



HUNTER A MELNICK
400 CHERRY ST
DENVER CO  80220-5013

**Uni-Statement**
Account Number:
░░░1699
Statement Period:
Dec 4, 2020
through
Jan 6, 2021



Page 2 of 3

## STUDENT CHECKING (CONTINUED)
### ACCOUNT CLOSED

US Bank National Association                                              Account Number ░░░1699

**Deposits / Credits (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 14 | ACH REF#1639694001 10 PAYPAL MC | ACH Adjustment Posted For ORIGINAL ITEM FROM 08//2/02 | 0000000186 | 596.55 |
| Dec 15 | 11639694  /INT | ADJ | | 0.27 |
| | | | **Total Deposits / Credits** | **$ 597.14** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Dec 16 | Customer Withdrawal | 8654497394 | $ 4,000.00- |
| Dec 23 | Account Closed | | 5,910.67- |
| | | **Total Other Withdrawals** | **$ 9,910.67-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 9 | 9,313.85 | Dec 15 | 9,910.67 | Dec 23 | 0.00 |
| Dec 14 | 9,910.40 | Dec 16 | 5,910.67 | | |

Balances only appear for days reflecting change.



**HUNTER A MELNICK**
400 CHERRY ST
DENVER CO 80220-5013

**Uni-Statement**
Account Number:
1 036 7534 1699
Statement Period:
Dec 4, 2020
through
Jan 6, 2021

Page 3 of 3

**IMAGES FOR YOUR STUDENT CHECKING ACCOUNT**　　*Member FDIC*
Account Number　1699

```
usbank          Withdrawal
12/16/20 3:18 PM PST
MELNICK, HUNTER
                    Withdrawal Total $ 4,000.00

5536637520     1699
```

| | | |
|---|---|---|
| 8799201 | Dec 16 | 4,000.00 |

**You have received a jpay letter, the fastest way to get mail**

From : tania s young, CustomerID: 2041443
To   : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:24:53 AM EST,   Letter ID: 1040469504
Location : DU
Housing : 04 B  3   307  1T

Your external account has been added to your U.S. Bank account.  

U.S. Bank <no-reply@notification.usbank.com>
to me.
Wed, Nov 4, 2020, 5:47 AM

View as Web page    Log in to Online Banking

# usbank.

Hi Hunter,

Just letting you know your external account ending in 8074 is now available. You can begin using this account to make payments in online and mobile banking immediately.

Didn't authorize this activity? Please contact us right away at 800.872.2657.

We appreciate the opportunity to serve you.

Your U.S. Bank customer service team.

*[handwritten: 877-595-6256 fraud]*

U.S. Bank and its representatives do not provide tax or legal advice. Your tax and financial situation is unique. You should consult your tax and/or legal advisor for advice and information concerning your particular situation.

Deposit products offered by U.S. Bank National Association. Member FDIC. Credit products offered by U S Bank National Association and subject to normal credit approval

EMAIL SECURITY INFORMATION

Email intended for: huntermelnick123@gmail.com

Protecting your privacy is our priority. We'll never initiate a request via email for your sensitive information like your Personal ID, Password, Social Security Number, Personal Identification Number (PIN) or Account Number. For your safety, never share this information with anyone, at any time. If you receive an email asking for your sensitive information, or would like to report a suspicious email, forward it to fraud_help@usbank.com or call U.S. Bank Customer Service immediately at 800-US BANKS (872-2657).

Get more details about recognizing online fraud issues

HUNTER MELNICK 148112 DU 04 B 3    307    1T    ID:1040470432 [P 1/1]

**You have received a jpay letter, the fastest way to get mail**

From : tania s young, CustomerID: 2041443
To   : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:27:25 AM EST,    Letter ID: 1040470432
Location : DU
Housing : 04 B  3   307  1T

Here's your one time activation code.  Inbox x

 U.S. Bank Alerts <1800USBanks@alerts.usbank.com> Unsubscribe        Fri, Dec 11, 2020, 12:59 PM 
to me

View as web page

usbank.

(>) Log in

# Use this activation code to add your U.S. Bank debit card to Google Pay™.

Activation code: 581565

Once your debit card ending in 1963 is activated in your mobile wallet, you can use your device to make purchases at any merchant that accepts mobile transactions.

If you did not make this request or have questions about this request, please call us at 800.USBANKS (872.2657).

To view or update your information, log in to your account.

**You have received a jpay letter, the fastest way to get mail**

From : tania s young, CustomerID: 2041443
To : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:25:44 AM EST, Letter ID: 1040469832
Location : DU
Housing : 04 B 3 307 1T

Thank you for opening a new checking account with U.S. Bank  

 **U.S. Bank** <1800USBanks@email.usbank.com>
to HUNTERMELNICK123

Fri, Nov 6, 2020, 8:33 AM 



Dear Hunter,

We value your decision to bank with us, and thank you for opening an Easy Checking account with U.S. Bank.

We're committed to providing services that make managing your finances as easy as

**You have received a jpay letter, the fastest way to get mail**

From : tania s young, CustomerID: 2041443
To   : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:25:17 AM EST,   Letter ID: 1040469666
Location : DU
Housing : 04 B  3   307   1T

---

Your new U.S. Bank card is on its way. 

U.S. Bank Alerts <1800USBanks@alerts.usbank.com> Unsubscribe     Wed, Nov 4, 2020, 4:37 PM
to me

**usbank.**                                    View as web page
                                               Log in

# A new debit card was issued for your account ending in 1963.

Thanks for choosing U.S. Bank.

Your new card is on its way to the address we have on file. It should arrive in seven to ten business days.

For your security, your Personal Identification Number (PIN) will be sent separately.

If you'd like to verify your address, log in to your account.

**Log in**

**You have received a jpay letter, the fastest way to get mail**

From : tania s young,. CustomerID: 2041443
To    : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:26:41 AM EST,    Letter ID: 1040470159
Location : DU
Housing : 04 B  3   307  1T

Your U.S. Bank debit card was added to a mobile wallet.  

 **U.S. Bank Alerts** <1800USBanks@alerts.usbank.com> Unsubscribe    Sun, Nov 29, 2020, 6:36 PM
to me ▾

View as web page



(>) Log in

## Your U.S. Bank debit card was added to Samsung Pay in a mobile device.

Once you have activated your card, you can use your device to make purchases at any merchant that accepts mobile transactions.

If you did not add your card ending in 1963 to your mobile wallet, please contact us at 800.USBANKS (872.2657).



Log in

**You have received a jpay letter, the fastest way to get mail**

From : tania s young, CustomerID: 2041443
To   : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:24:41 AM EST,  Letter ID: 1040469437
Location : DU
Housing : 04 B 3   307  1T

Your U.S. Bank account has a new mobile phone number.  Inbox x

 U.S. Bank Alerts <1800USBanks@alerts.usbank.com> Unsubscribe        Tue, Nov 3, 2020, 1:43 AM
to me

**usbank**

View as web page
 Log in

# The mobile phone number listed on your account has changed.

You recently changed the mobile phone number associated with your account, or applied for a new product using a different mobile phone number.

If you did not make this change or have questions about this change, please call us at 800.USBANKS (872.2657).

To view or update your information, log in to your account.

Log in

**You have received a jpay letter, the fastest way to get mail**

From : tania s young, CustomerID: 2041443
To   : HUNTER MELNICK, ID: 148112
Date : 1/9/2021 1:27:47 AM EST,   Letter ID: 1040470568
Location : DU
Housing : 04 B  3   307  1T

Your U.S. Bank debit card was added to a mobile wallet.  Inbox x

 U.S. Bank Alerts <1800usbanks@notifications.usbank.com>   Thu, Dec 17, 2020, 8:06 PM   
to me

**usbank**    Log in

# Your U.S. Bank debit card was added to Apple Pay® in a mobile device.

Once you have activated your card, you can use your device to make purchases at any merchant that accepts mobile transactions.

If you did not add your card ending in 1963 to your mobile wallet, please contact us at 800.USBANKS (872.2657).

 Log in




FIRST CLASS



Hunter Melnick
#148112, AVCF
12750 Highway 96
Ordway, CO 81034



TPS Customer Response Unit EP-MN-O1FP
1200 Energy Park Drive
St. Paul, MN 55108

usbank.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Bank
   800 Nicollet Mall
   Minneapolis, MN.
   55402

   9590 9402 3133 7166 9318 92

2. Article Number (Transfer from service label)

   7019 2970 0001 1927 3969

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  T. Tran
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6/22/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt