IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03112-CMA-MDB

HUNTER ADAM MELNICK,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming (Doc. 84) Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on March 2, 2023, it is

ORDERED that Plaintiff's objections (Doc. 79) is OVERRULED. It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge Maritza Dominguez Braswell (Doc. 77) is AFFIRMED and ADOPTED IN PART. Pursuant to the Recommendation, it is hereby

FURTHER ORDERED judgment is hereby entered in favor of the Defendant, U.S. Bank National Association, and against Plaintiff, Hunter Adam Melnick, on Defendant's Motion to Dismiss. It is

FURTHER ORDERED that Plaintiff's complaint and action are dismissed without prejudice.

Dated: March 2, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Robert R. Keech

Robert R. Keech,
Deputy Clerk